IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY L. HOLLOWAY,<br><br>    Plaintiff,<br><br>    v<br><br>C. COHEN et al.,<br><br>    Defendants. | Case No C 00-20644 JW<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on <u>November 30, 2007</u>. The results of that proceeding are indicated below:

(1)    The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

    ☒  Plaintiff

    ☐  Warden or warden's representative

    ☒  Office of the California Attorney General

    ☒  Other: California Department of Corrections and Rehabilitation and Conflict Counsel, Eugene Elliott

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☒ The parties are unable to reach an agreement at this time.  The matter is continued for further settlement conference to January 4, 2008 at 11:00 a.m. 450 Golden Gate Avenue, San Francisco, CA 94102, Courtroom E, 15th Floor.  California Department of Corrections and Rehabilitation to arrange and facilitate transport of Plaintiff.

Date:  12/5/07

Nandor J Vadas
United States Magistrate Judge

United States District Court<br>For the Northern District of California

| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

HOLLOWAY                              No. C 00-20644

v.                                    CERTIFICATE OF SERVICE

COHEN
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 12/5/07, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Jeffrey L. Holloway**
H-75604
R.J. Donovan Correctional Facility at Rock Mountain (RJD)
P. O. Box 799003
San Diego, Ca 92179-9003


RICHARD W. WIEKING, CLERK

By: /s/_____
      Deputy Clerk

3